| | |
|---|---|
| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10) | Case Number **4:11−bk−10612** |

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Arkansas

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/31/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Heather N. Mistric
400 Valencia Drive, #1123
Maumelle, AR 72113

| | |
|---|---|
| Case Number:<br>4:11−bk−10612<br>Judge: Audrey R. Evans | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−2516 |
| Attorney for Debtor(s) (name and address):<br>Jason Keith Ables<br>JAMES R. WALLACE & ASSOCIATES<br>212 Center Street, Suite 100<br>Little Rock, AR 72201<br>Telephone number:  501−375−5545 | Bankruptcy Trustee (name and address):<br>Frederick S. Wetzel III<br>U.S. Bankruptcy Trustee<br>200 North State Street, Suite 200<br>Little Rock, AR 72201−1399<br>Telephone number:  (501) 663−0535 |

## Meeting of Creditors

Important notice to individual debtors: Debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.

Date:  **March 3, 2011**                                              Time:  **10:00 AM**
Location:   **U.S. Trustee's Office, Bank of America Building, 200 W. Capitol, 12th Floor − Rm 1210, Little Rock, AR 72201**

## Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 5/2/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>300 W. 2nd Street<br>Little Rock, AR 72201<br>Telephone: 501−918−5500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jean Rolfs |
| Hours Open:  Monday − Friday 8:00 AM − 5:00 PM | Date:  2/1/11 |

| **EXPLANATIONS** | | B9A (Official Form 9A) (12/10) |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §§727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any documents that you file in this bankruptcy case should be filed using the court's Electronic Case Filing (ECF) system or at the bankruptcy clerk's office at the Bankruptcy Court address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, on the court's ECF system or at the bankruptcy clerk's office. | |
| Intent to Abandon Property | The trustee may give notice at the meeting of creditors of his intent to abandon property unless objections are filed within 15 days. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| Refer to Other Side for Important Deadlines and Notices | | |

4:11-bk-10612 Doc#: 5 Filed: 02/03/11 Entered: 02/03/11 23:44:08 Page 3 of 5

# CERTIFICATE OF NOTICE

```
District/off: 0860-4          User: ashley                Page 1 of 2                Date Rcvd: Feb 01, 2011
Case: 11-10612                Form ID: b9a                Total Noticed: 43
```

The following entities were noticed by first class mail on Feb 03, 2011.
```
db            +Heather N. Mistric,    400 Valencia Drive, #1123,    Maumelle, AR 72113-6242
aty           +Jason Keith Ables,    JAMES R. WALLACE & ASSOCIATES,    212 Center Street, Suite 100,
                Little Rock, AR 72201-2436
4598201        Access Credit Managment,    PO Box 250531,    Little Rock, AR 72225-0531
4598202       +American Honda Finance Corp,    PO Box 7892,    Philadelphia, PA 19101-7892
4598204        Baptist Health,    P.O. Box 841263,    Dallas, TX 75284-1263
4598205        Baptist Health Med Ctr - NLR,    PO Box 841267,    Dallas, TX 75284-1267
4598208        Bonded Ccollection Corporation,    PO Box 1022,    Wixom, MI 48393-1022
4598210        Central Credit Service, Inc.,    P.O. Box 15118,    Jacksonville, FL 32239-5118
4598211       +Collection Service Inc.,    1501 N. University, Suite 950,    Prospect Building,
                Little Rock, AR 72207-5298
4598213        Curtis Barnes,    PO Box 1390,    Anaheim, CA 92815-1390
4598214       +D. Michael Dendy,    PO Box 740369,    New Orleans, LA 70174-0369
4598215       +DEPT OF ED/NELNET,    121 S. 13th Street,    Lincoln, NE 68508-1904
4598216        Enhanced Recovery Corporation,    P.O. Box 1967,    Southgate, MI 48195-0967
4598218       +First Collection Services,    10925 Otter Creek E. Blvd.,    Mabelvale, AR 72103-1661
4598221        Little Rock Emerg. Doct. Group,    11001 Executive Center Drive,    Suite 200,
                Little Rock, AR 72211-4393
4598227       +MEMS,    P.O. Box 2452,    Little Rock, AR 72203-2452
4598224        Med College Physicians Group,    PO Box 251508,    Little Rock, AR 72225-1508
4598225       +Medical Fininical Solutions,    P.O. Box 50868,    Kalamazoo, MI 49005-0868
4598226       +Medicredit Corporation,    P.O. Box 411187,    Saint Louis, MO 63141-3187
4598228       +Millwoods Landing,    200 Millwod Circle,    P.O. Box 568,    North Little Rock, AR 72113-6332
4598231        Pathology Labs of Arkansas,    1 Lyle Court Ste. 101,    Little Rock, AR 72205-6200
4598232       +Professional Counseling Assocs,    3601 Richards Road,    North Little Rock, AR 72117-2954
4598233       +Radiology Associates,    500 S. University, Suite 604,    Little Rock, AR 72205-5399
4598234        Radiology Consultants of LR,    P.O. Box 55510,    Little Rock, AR 72215-5510
4598236       +Tammy Kelley,    15501 Lone Pine Road,    North Little Rock, AR 72118-1210
4598237       +UAMS Medical Center,    4301 West Markham,    Slot 612,    Little Rock, AR 72205-7101
4598238        UAMS/MEDICAL COLLEGE PHYS GRP,    PO Box 251420,    Little Rock, AR 72225-1420
4598239        UAMS/University Hospital of AR,    PO Box 504962,    Saint Louis, MO 63150-4962
4598240        US Dept. of Education/GLEL,    PO BOX 7860,    Madison, WI 53707-7860
```
The following entities were noticed by electronic transmission on Feb 01, 2011.
```
tr             EDI: BFSWETZEL.COM Feb 01 2011 19:08:00      Frederick S. Wetzel, III,    U.S. Bankruptcy Trustee,
                200 North State Street, Suite 200,    Little Rock, AR  72201-1399
ust           +E-mail/Text: USTPRegion13.LR.ECF@usdoj.gov                            U.S. Trustee (ust),
                Office Of U. S. Trustee,    200 W Capitol, Ste. 1200,    Little Rock, AR 72201-3618
4598203        EDI: BANKAMER.COM Feb 01 2011 19:08:00      Bank of America,    P.O. Box 851001,
                Dallas, TX 75285-1001
4598207        EDI: HFC.COM Feb 01 2011 19:08:00      Best Buy/HSBC Retail Services,    PO Box 5238,
                Carol Stream, IL 60197-5238
4598209        EDI: CHASE.COM Feb 01 2011 19:08:00      CardMember Service,    P.O. Box 94014,
                Palatine, IL 60094-4014
4598212       +E-mail/Text: Bankruptcy@BBVACompass.com                            Compass Bank,    P.O. Box 10566,
                Birmingham, AL 35296-0001
4598219        EDI: WFNNB.COM Feb 01 2011 19:08:00      Goody’s Family Clothing,    PO Box 2974,
                Mission, KS 66201-1374
4598220        EDI: CBSKOHLS.COM Feb 01 2011 19:08:00      Kohl’s,    P.O. Box 3084,    Milwaukee, WI 53201-3084
4598223       +EDI: MID8.COM Feb 01 2011 19:08:00      MCM,    P.O. Box 603,    Oaks, PA 19456-0603
4598222        EDI: WFNNB.COM Feb 01 2011 19:08:00      Maurices,    PO Box 659705,    San Antonio, TX 78265-9705
4598229       +EDI: NESF.COM Feb 01 2011 19:08:00      National Enterprise Sys.,    29125 Solon Rd.,
                Solon, OH 44139-3442
4598230       +EDI: RMSC.COM Feb 01 2011 19:08:00      Old Navy/GEMB,    PO Box 530942,    Atlanta, GA 30353-0942
4598235        EDI: SEARS.COM Feb 01 2011 19:08:00      Sears Credit Cards,    P.O. Box 183082,
                Columbus, OH 43218-3082
4598241        EDI: WFNNB.COM Feb 01 2011 19:08:00      World Fin. Nat. Bank,    PO Box 182125,
                Columbus, OH 43218-2125
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4598217        Equable Ascent Fncl LLC
4598206       ##Baptist Health Rehab Institute,    PO Box 841240,    Dallas, TX 75284-1240
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0860-4           User: ashley              Page 2 of 2              Date Rcvd: Feb 01, 2011
Case: 11-10612                 Form ID: b9a              Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2011                    Signature:    *Joseph Speetjens*